# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: SCOTT D. LEVINE & AIMEE M. LEVINE  
1075 QUAIL RUN  
DEKALB, IL 60115  

Case Number: 06-70542  
SSN-xxx-xx-0370 & xxx-xx-4223

Case filed on: 4/5/2006  
Plan Confirmed on: 9/1/2006  

D Dismissed

Total funds received and disbursed pursuant to the plan: $6,314.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | BRIAN A. HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | SCOTT D. LEVINE | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | SCOTT D. LEVINE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMC MORTGAGE SERVICES INC | 18,331.42 | 0.00 | 0.00 | 0.00 |
| 002 | TRIAD FINANCIAL | 12,675.37 | 12,675.00 | 1,330.84 | 1,282.68 |
|  | Total Secured | 31,006.79 | 12,675.00 | 1,330.84 | 1,282.68 |
| 002 | TRIAD FINANCIAL | 0.00 | 0.37 | 0.00 | 0.00 |
| 003 | ACCOUNT MANAGEMENT | 105.14 | 105.14 | 34.71 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 4,674.53 | 4,674.53 | 1,543.33 | 0.00 |
| 005 | CITY OF DEKALB | 193.92 | 193.92 | 64.02 | 0.00 |
| 006 | RECOVERY MANAGEMENT SYSTEMS CORP | 1,502.67 | 1,502.67 | 496.12 | 0.00 |
| 007 | ROUNDUP FUNDING LLC | 776.79 | 776.79 | 256.46 | 0.00 |
| 008 | DEKALB CLINIC CHARTED | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | DISCOVER CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 690.55 | 690.55 | 227.99 | 0.00 |
| 011 | PLATINUM RECOVERY SOLUTIONS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | THE CBE GROUP, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | FIRST BANKCARD CENTER | 831.56 | 831.56 | 274.55 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 726.61 | 726.61 | 239.89 | 0.00 |
| 016 | LVNV FUNDING LLC | 680.28 | 680.28 | 224.60 | 0.00 |
|  | Total Unsecured | 10,182.05 | 10,182.42 | 3,361.67 | 0.00 |
|  | Grand Total: | 41,188.84 | 22,857.42 | 4,692.51 | 1,282.68 |

Total Paid Claimant: $5,975.19  
Trustee Allowance: $338.81  
Percent Paid Unsecured: 33.01  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 09/27/2007      By /s/Heather M. Fagan